IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IRFAN NASIR,

    Plaintiff,

v.                                    CASE NO. 1:06-cv-00039-MP-AK

MICHAEL CHERTOFF,
LOUISE GERMAINE,
ALBERTO GONZALES,
EMILIO GONZALEZ,
ROBERT S. MUELLER,

    Defendants.

_____/

**O R D E R**

    This matter is before the Court on Doc. 14, Notice of Voluntary Dismissal, by Irfan Nasir.  Having carefully considered the matter, the Court finds that this cause should be **DISMISSED WITH PREJUDICE.**

    **DONE AND ORDERED** this *27th* day of June, 2006.

                    *s/ A. KORNBLUM*
                    **ALLAN KORNBLUM**
                    **UNITED STATES MAGISTRATE JUDGE**